IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-80200-H3-11 |
| | § | |
| Noble C. Ginther, | § | (Chapter 7) |
| | § | |
| | § | |
| Debtor | § | |

**MOTION TO PAY FUNDS INTO THE REGISTRY OF THE COURT
UNDER 11 U.S.C. §347(b)**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW,** David Askanase, Trustee and files this Motion to Pay Funds into the Registry of the Court Under 11 U.S.C. §347(b) and would show unto the Court as follows:

The undersigned trustee reports the following:

_____   1.   The dividend(s) payable to the creditor(s) listed on Exhibit "A" attached hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

  X    2.   More than ninety (90) days have passed since the final distribution, and the dividend payable to the creditor listed on Exhibit "A" attached hereto remains unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable and 11 U.S.C. §347(b), the undersigned Trustee requests authorization to pay small and/or unclaimed funds in the total amount shown on Exhibit "A" attached hereto for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 3041, et seq.).

1603644-1:SAROM:0001

Respectfully submitted,

BY: */s/ David Askanase*
David Askanase, Trustee
SBN 01390000
Three Allen Center
333 Clay Street, 29th Floor
Houston, Texas  77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
Email:  daskanase@hwa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was served by U. S. mail, first class, postage prepaid, on the U. S. Trustee, 515 Rusk, Suite 3516, Houston, Texas  77002 on this the  *19th*  day of February, 2010.

*/s/ David Askanase*
David Askanase, Trustee

1603644-1:SAROM:0001

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____          Small Dividends

\_\_X\_\_          Unclaimed Funds

| Name and Address | Claim No. | Amount |
|---|---|---|
| AT&T Universal Card<br>P. O. Box 45165<br>Jacksonville, Florida  32232 | Undocketed | $ 20,710.13 |
| | TOTAL | $ 20,710.13 |

1603644-1:SAROM:0001